# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE: 19-27227

DEBTOR(S)
PEDRO RIQUELME

### CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020,           the foregoing Trustee's Claims Report (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.   I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on June 25, 2020,        I caused to be served a true and correct copy of the foregoing Trustee's Claims Report (Chapter 13)         as follows:

Mail Service via the Noticing Center– By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Centers Certificate Of Service found below:

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION**

| IN RE:<br>PEDRO RIQUELME<br><br>Debtor | CASE NO: 19-27227<br><br>Chapter 13<br><br>Hon. WILLIAM T. THURMAN |
|---|---|

**TRUSTEE'S REPORT OF CLAIMS**

The court confirmed the Debtor's plan on December 12, 2019, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved. As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed. If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court. Below is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE LIST OF CLAIMS BELOW***

On or before July 23, 2020, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee. On or before July 23, 2020, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing. If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Dated: 06/23/2020

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

Note: The following claims have Step Payments:
Claim No. 7 ST. GEORGE AUTO GALLERY

| | | |
|---|---|---|
| 11/01/2019 | 04/30/2020 | $146.00 |
| 05/01/2020 | 12/31/9999 | $366.28 |

| Claim No. | Creditor Name | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
|  | ANDREW T. CURTIS | ATTORNEY FEE | $3,750.00 | $0.00 | Pro Rata | 0.00 |
| 3 | KIRK LAW | UNSECURED JUDGMENT | $3,902.56 | $0.00 | Pro Rata | 0.00 |
| 1 | LIFT CREDIT LLC | UNSECURED MONEY LOANED | $594.84 | $0.00 | Pro Rata | 0.00 |
| 6 | NEVADA WEST FINANCIAL | UNSECURED AUTOMOBILE LOAN DEFICIEN | $8,460.70 | $0.00 | Pro Rata | 0.00 |
| 4 | OUTSOURCE RECEIVABLES MANAG | UNSECURED SERVICES PERFORMED | $54.64 | $0.00 | Pro Rata | 0.00 |
| 2 | QUESTAR GAS COMPANY DBA DOM | UNSECURED UTILITIES | $95.97 | $0.00 | Pro Rata | 0.00 |
| 7 | ST. GEORGE AUTO GALLERY | VEHICLE SECD (PERMO level 1' '08 TOYOTA RAV4/P=910 CLM | $7,200.00 | $7,200.00 | $366.28 | 5.00 |
| 7 | ST. GEORGE AUTO GALLERY | UNSECURED Split Claim | $7,201.29 | $0.00 | Pro Rata | 0.00 |
| 5 | WELLS FARGO CARD SERVICES | UNSECURED CREDIT | $657.68 | $0.00 | Pro Rata | 0.00 |

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 19-27227
PEDRO RIQUELME                                                            Chapter 13
         Debtor

# CERTIFICATE OF SERVICE

District/off: 1088-c        User: 563              Page 1 of 2           Date Rcvd: Jun 24, 2020
                            Form ID: TROC          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Noticing Center on Jun 25, 2020.

```
db         PEDRO RIQUELME,    364 WEST 800 NORTH,    BERYL, UT 84714-5069
1          ADVANCE AMERICA,    335 S RIVER RD SPACE D,    SAINT GEORGE, UT 84790-2165
2          ANDREW T CURTIS,    LINCOLN LAW,    921 WEST CENTER STREET,    OREM, UT 84057-5203
3          AXCSSFN/CNGO,    7755 MONTGOMERY RD STE 4,    CINCINNATI, OH 45236-4291
4          CASH ADVANCE INC.,    PO BOX 780408,    WICHITA, KS 67278-0408
5          CHECK CITY,    PO BOX 970183,    OREM UT 84097-0183
6          CHECK N' GO,    42 S RIVER RD STE 12,    SAINT GEORGE, UT 84790-2140
7          FORT KNOX MINI STORAGE,    5616 W 600 N,    CEDAR CITY, UT 84721-9029
8          LEAD BANK,    D AND 3RD STREETS,    GARDEN CITY, MO 64747
9          LIFT CREDIT,    3214 NORTH UNIVERSITY AVE #601,    PROVO, UT 84604-4405
10         NEVADA WEST FINANICAL,    ATTN BANKRUPTCY DEPT,    PO BOX 94703,    LAS VEGAS NV 89193-4703
11         OUTSOURCE RECEIVABLES,    1349 WASHINGTON BLVD,    OGDEN, UT 84404-5744
12         QCHI,    PO BOX 14948,    LENEXA KS 66285-4948
13         QUALITY AUTO FINANCE LLC,    635 E SAINT GEORGE BLVD,    ST GEORGE, UT 84770-3033
14         QUALITY LENDERS,    440 W ST GEORGE BLVD #5,    SAINT GEORGE, UT 84770-7322
15         QUESTAR GAS COMPANY DBA DOMINION ENERGY UT,    ATTN BANKRUPTCY DNR 132,    PO BOX 3194,
            SALT LAKE CITY UT 84110-3194
16         RED ROCK FINANCIAL,    411 S MAIN ST,    CEDAR CITY, UT 84720-3448
17         U S DEPT OF ED/GSL/ATL,    400 MARYLAND AVENUE, SW,    WASHINGTON, D.C. 20202-0001
18         WELLS FARGO BANK, N.A.,    WELLS FARGO CARD SERVICES,    PO BOX 10438, MAC F8235-02F,
            DES MOINES, IA 50306-0438
19         WELLS FARGO CARD SERVICES,    PO BOX 14517,    DES MOINES, IA 50306-3517
20         ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
            SALT LAKE CITY UT 84130-0709
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jun 25, 2020**                        **Signature:**    *Joseph Speetjens*

```
District/off: 1088-c              User: 563                 Page 2 of 2              Date Rcvd: Jun 24, 2020
                                  Form ID: TROC             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
```
nef             LON JENKINS TR
nef             UNITED STATES TRUSTEE
                                                                                                TOTAL: 2
```